1  JOSEPH W. FLETCHER, CITY ATTORNEY (SBN 96813)
   CHRISTOPHER G. NORMAN,
2  ASSISTANT CITY ATTORNEY (SBN 165216)
   CITY OF SANTA ANA
3  20 CIVIC CENTER PLAZA, M-29
   P O BOX 1988
4  SANTA ANA, CALIFORNIA 92702
   TEL: (714) 647-5201
5
   Attorneys for Defendants
6
7
8             UNITED STATES DISTRICT COURT
9             FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
11  DAVID GHILONI and NATIONAL RIFLE    ) Case No.: SACV 99-866 GLT (EEx)
    ASSOCIATION,                         )
12                                       )
13          Plaintiffs,                  ) [PROPOSED] JUDGMENT
                                         )
14      vs                               )
                                         )
15  CITY OF SANTA ANA, SANTA ANA         )
    POLICE DEPARTMENT (SAPD), PAUL       )
16  WALTERS, S. PETER JENSEN, CARLOS     )
17  ROJAS, KEVIN RUIZ, and DOES 1-10,    )
                                         )
18          Defendants.                  )
19  _____)
20
21      This action came on for hearing before the Court, on July 24, 2000, Hon Gary
22  L. Taylor, District Judge Presiding, on a Motion for Summary Judgment, and the
23  evidence presented having been fully considered, the issues having been duly heard and
24  a decision having been duly rendered,
25  / / /
26  / / /
27
28

proposedjudgment                    - 1 -

1  IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the
2  action be dismissed on the merits and that defendants, CITY OF SANTA ANA
3  SANTA ANA POLICE DEPARTMENT, PAUL WALTERS, S. PETER JENSEN,
4  CARLOS ROJAS, and KEVIN RUIZ recover their costs.

Dated: July 24, 2000

_____
United States District Judge



proposedjudgment

- 2 -

# PROOF OF SERVICE BY MAIL – F.R.Civ.P. 5

I am employed in Orange County, California  I am over eighteen years of age and not a party to the within action; my residence/business address is 20 Civic Center Plaza, Santa Ana, California 92701.

On June 28, 2000, I served the foregoing document described as **[PROPOSED] JUDGMENT** on the interested parties in this action.

[X] By placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes as follows:

C D. Michel, Esq
Victor Otten, Esq
TRUTANICH ' MICHEL, LLP
407 N  Harbor Blvd.
San Pedro, CA 90731

[X] BY MAIL      [ ] BY OVERNIGHT MAIL VIA UPS/FEDERAL EXPRESS

[ ] I deposited such envelope in the mail at Santa Ana, California.  The envelope was mailed with postage thereon fully prepaid.

[X] As follows  I am "readily familiar" with my employer's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California in ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on June 28, 2000, at Santa Ana, California.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

JEANETTE M. PALMA



proposedjudgment

- 3 -